HECCERISEIN, S.

8/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X   Case No.: 21 MC 103(AKH)
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------X   STIPULATION OF DISCONTINUANCE AS
                                                     TO DEFENDANT, NEW YORK CITY
THIS DOCUMENT APPLIES TO ALL LOWER                   ECONOMIC DEVELOPMENT
MANHATTAN DISASTER SITE LITIGATION                   CORPORATION ONLY
------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant *NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, only* as to the claims being made as to the premises located at One Liberty Plaza, New York, New York and 76/78 Trinity Place, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that should evidence be discovered throughout the court of the litigation which determines that the *NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION* is proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       July 12, 2007

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
NEW YORK CITY ECONOMIC                          WORBY GRONER EDELMAN & NAPOLI BERN, LLP
DEVELOPMENT CORPORATION                         Attorneys for Plaintiff(s)

BY: _____                     By: _____
Richard B. Leff (RBL-2123)                      Christopher R. LoPalo (CL-6866)
80 Broad Street, 23rd Floor                     115 Broadway 12th Floor
New York, New York 10004                        New York, NY 10006
(212) 509-3456                                  (212) 267-3700

SO ORDERED: 8/9/07

_____
U.S.D.J.

| Plaintiff's Name | Case Number |
|---|---|
| Stephen Addeo | 06CV9963 |
| Faisal Choudhury | 07CV05404 |
| Michael Devito | 05CV1517 |
| Donald Foley | 07CV657 |
| John B. Greaney | 06CV06737 |
| Philip Jude | 06CV7450 |
| Thomas Maher | 07CV05416 |
| Michael G. Murphy (And Wife, Elizabeth Murphy) | 07CV05418 |
| William Noesges (And Wife, Denise Noesges) | 06CV14925 |
| Michael Ramirez (And Wife, Dianne D. Jackson) | ~~Unknown at this time.~~ 07CV5422 |
| Roland Renaudin | ~~Unknown at this time.~~ 07CV05423 |
| Guy Zammitt (And Wife, Deanna Zammitt) | 06CV15155 |
| Cori Gallo (And Wife, Magdalena Gallo) | 06CV11810 |
| Mark Demauro (And Wife, Gina Demauro) | 05CV4335 |